1808.

*Monday,*
*December*
*26th.*

HENRY *against* KENNEDY.

The rule of this court requiring ten days' notice in *writing* before the next term, of an intended motion for a new trial, in causes tried at nisi prius, applies to causes tried at nisi prius in the county of *Philadelphia.*

THE plaintiff obtained a verdict in this cause on the 16th *November* last, at a nisi prius for the county of *Philadelphia;* and on this day, *Dallas* for the defendant, moved for a rule to shew cause why there should not be a new trial; the verdict having been in direct opposition to the charge of his Honour, judge YEATES, upon the law.

*M'Shane* and *Tod,* for the plaintiff, contended that the motion could not be received, no notice of it in *writing* having been given ten days before the commencement of the term, according to rule 34 of this court.

*Dallas* answered, that he had given parol notice of his intended motion in proper time, and had entered a memorandum of it upon his notes. That this was sufficient in causes tried in *Philadelphia,* as the rule was made when courts of nisi prius were held in all the counties, and was merely intended to guard against surprise or inconvenience when the cause was tried at a distance. But

PER CURIAM. The rule contains no such distinction. The parol notice will not answer; and therefore the motion cannot be admitted.

Motion rejected.